# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICO ISAIH HAIRSTON,**

    **Plaintiff,**

    v.

Case No. 2:17-cv-581
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

**FRANKLIN COUNTY SHERIFF'S OFFICE CENTER 1 MAIN JAIL,** *et al.*,

    **Defendants.**

## OPINION AND ORDER

On February 22, 2018 the Magistrate Judge issued an Order and Report and Recommendation (ECF No. 50) recommending that the Court deny Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. Plaintiff did not object. The time for filing an objection has passed, and no objection has been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 50.) For the reasons set forth in the Report and Recommendation, the Court **DENIES** Plaintiff's Motion for a Temporary Restraining Order and Motion for Preliminary Injunction. (ECF No. 43.)

**IT IS SO ORDERED.**

6-25-2018
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**