UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICO ISAIH HAIRSTON,**

    **Plaintiff,**

                                                                         Civil Action 2:17-cv-581
    **v.**                                                      Chief Judge Edmund A. Sargus, Jr.
                                                               Magistrate Judge Chelsey M. Vascura

**FRANKLIN COUNTY SHERIFF'S**
**OFFICE CENTER,** *et al.,*

    **Defendants.**

## ORDER

In light of the Court's March 21, 2019 Order (ECF No. 84) resolving Plaintiff's Objections to the November 25, 2018 Report and Recommendation (ECF No. 73), Plaintiff's Motion to Stay (ECF No. 83) is **DENIED as moot**.

    **IT IS SO ORDERED**.

                                                  /s/ *Chelsey M. Vascura*
                                                  CHELSEY M. VASCURA
                                                  UNITED STATES MAGISTRATE JUDGE